GEORGE F. HAGGERTY, Appellant, *v.* HAROLD D. WATSON et al., Individually and as Copartners under the Name of WATSON, KRISTELLER & SWIFT, Respondents.

Submitted October 2, 1950; decided October 5, 1950.

*Ralph K. Jacobs* and *Ralph K. Jacobs, Jr.,* for motion. *George F. Haggerty,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days from the date of this order appellant serves and files the necessary undertaking and pays $10 costs, in which events motion denied.

MARIANNE J. SANTOS, as Administratrix De Bonis Non of the Estate of ETHEL V. FLANAGAN, Deceased, Appellant, *v.* UNITY HOSPITAL, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

Motion for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 153.]